# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| CHARLES E SHIVER | Case No: 08-51248-MBM |
| | CHAPTER 13 |
| Debtor | Judge: MARCI B. MCIVOR |

## TRUSTEE'S NOTICE THAT PLAN IS NO LONGER ADEQUATELY FUNDED

Please take notice that Your Plan is no longer adequately funded to complete within the current Plan term. The Trustee estimates that the plan payment needs to be increased to **$413.00** per **MONTH**.

## NOTICE TO DEBTOR

**You are encouraged to contact Your attorney to perform a complete review of Your case to determine the full status of Your case and what must be done in order for You to successfully complete your Chapter 13 Plan and obtain a Discharge. There may be alternatives other than increasing the amount of Your Plan payment that would still allow your case to complete timely.**

**Making all future payments at the amount set forth above *DOES NOT* guarantee that you will receive a discharge at the end of the term of Your confirmed Chapter 13 Plan (as modified, if at all).**

**Other issues that may adversely impact the completion of this Plan include:**

1. Any delinquency in Plan payments existing as of the date of this Notice;

2. Any future delinquencies in Plan payments;

3. Failure to remit any required Income Tax Refunds;

4. Claims filed for amounts greater than scheduled;

5. Future applications for compensation filed by counsel.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: February 24, 2010   /s/ David Wm. Ruskin

DAVID WM. RUSKIN (P26803)
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

CHARLES E SHIVER

            Debtor

Case No: 08-51248-MBM
CHAPTER 13
Judge: MARCI B. MCIVOR

## CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE THAT PLAN IS NO LONGER ADEQUATELY FUNDED

I hereby certify that on February 24, 2010, I electronically filed the TRUSTEE'S NOTICE THAT PLAN IS NO LONGER ADEQUATELY FUNDED with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Marrs & Terry Pllc
    6553 Jackson Rd
    Ann Arbor, MI 48103

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed

    Charles E Shiver
    532 N Main Street
    Chelsea, MI 48118

/s/ Allison T. Greenlee
---
Allison T. Greenlee
For the Office of the Chapter 13 Standing Trustee-Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755